**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

**LILA HECK,**

    **Plaintiff,**

  **v.**                                                                 **CIVIL NO. 1:23-CV-87
                                                                                         (KLEEH)**

**SANOFI US SERVICES, INC. et al.,**

    **Defendants.**

## ORDER

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties submitted a stipulation of dismissal with prejudice. Accordingly, this action is **DISMISSED WITH PREJUDICE** and **STRICKEN** from the Court's active docket.

It is so **ORDERED.**

The Clerk is directed to transmit copies of this Order to counsel of record.

DATED: December 12, 2024

                                                            _/s/ Thomas S. Kleeh_
                                               THOMAS S. KLEEH, CHIEF JUDGE
                                             NORTHERN DISTRICT OF WEST VIRGINIA